UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| GENE LE VICTOR CHILTON,<br>       Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA<br>       Defendant. | )<br>)<br>)   No. 1:23-cv-188<br>)<br>)   Honorable Paul L. Maloney<br>)<br>)<br>)<br>) |

### ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court after *pro se* Plaintiff Gene Le Victor Chilton brought this civil action against the Defendant United States of America. Defendant filed a motion to dismiss. (ECF No. 6). The Magistrate issued a Report and Recommendation recommending that this Court grant the motion. (ECF No. 25). No objections have been filed. *See* 28 U.S.C. § 636(b)(1).

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 25) is **APPROVED** and **ADOPTED** by the Court.

**IT IS FURTHER ORDERED** that Defendant's motion to dismiss (ECF No. 6) is **GRANTED**.

**IT IS SO ORDERED.**

Date:  February 20, 2024                        /s/ Paul L. Maloney
                                                                Paul L. Maloney
                                                                United States District Judge